UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ALAN H. DONN,             :
                          :
            Plaintiff,    :
                          :         10 Civ. 0311(VM)
                          :
         - against -      :         **ORDER**
                          :
A.W. CHESTERTON CO., INC., et. al., :
                          :
            Defendants.   :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint and other papers filed in this matter the Court noted that plaintiff Alan H. Donn ("Donn") asserts claims arising from injuries allegedly sustained by exposure to asbestos located at work sites owned, controlled or managed by the named defendants. It therefore appears that this action relates to similar cases being adjudicated in In re: Asbestos Products Liability Litigation (No. VI) under MDL No. 875 in the Eastern District of Pennsylvania. Accordingly, it is hereby

**ORDERED** that the parties are directed to show cause by January 22, 2010 as to why, in the interest of the administration of justice and of efficient management of this Court's docket, this action should not be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a), so as to be coordinated and litigated as part of MDL No. 875.

SO ORDERED.

DATED:   NEW YORK, NEW YORK
         19 January 2010

                                    Victor Marrero
                                       U.S.D.J.