```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ALAN H. DONN,                         :
                                      :
                    Plaintiff,        :
                                      :   10 Civ. 0311(VM)
           - against -                :
                                      :   ORDER
A.W. CHESTERTON CO., INC., et. al.,   :
                                      :
                    Defendants.       :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated January 19, 2010, the Court, having noted that plaintiff Alan H. Donn ("Donn") asserts claims arising from injuries allegedly sustained by exposure to asbestos located at work sites owned, controlled or managed by the named defendants, and that therefore it appears that this action relates to similar cases being adjudicated in In re: Asbestos Products Liability Litigation (No. VI) under MDL No. 875 in the Eastern District of Pennsylvania, directed the parties are to show cause by January 22, 2010 as to why, in the interest of the administration of justice and of efficient management of this Court's docket, this action should not be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a), so as to be coordinated with and litigated as part of MDL No. 875. The Court has received no responses to its January 19, 2010 Order, although the Court notes that on January 20, 2010 defendant Electric Boat Corporation entered a Notice of Potential Tag along Action Pursuant to J.P.M.L. Rule 7.2(i), indicating that this action may relate to MDL No. 875. Accordingly, it is hereby

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/10

**ORDERED** that the Clerk of Court is directed to transfer this action to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a), so as to be coordinated with and litigated as part of MDL No. 875.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         25 January 2010

_____
Victor Marrero
U.S.D.J.